## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Cesar H. Torres aka Cesar H. Torres-Ayala<br>                      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-11824 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ Kevin G. McDonald, Esquire**
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734