UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Cesar H. Torres | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-11824 MDC |

# ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this _____ day of _____, 2018 upon consideration of the Motion of Cesar H. Torres, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located at 6032 Hasbrook Avenue, Philadelphia, PA 19111 to Yocaty Rivera-Sanchez as "Buyer" is approved.

3. The Debtor is authorized to sell the property known as and located at 6032 Hasbrook Avenue, Philadelphia, PA 19111 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. At the time of closing of the sale Wells Fargo Bank, N.A. shall be paid in full on its lien, pursuant to a properly obtained payoff figure.

5. The Buyer has not assumed any liabilities of the Debtor.

6. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

7. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

8. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

_____
Honorable Magdeline D. Coleman