United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cesar H. Torres  
     Debtor

Case No. 18-11824-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 25, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2018.  
db          +Cesar H. Torres,    6032 Hasbrook Avenue,    Philadelphia, PA 19111-5903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2018 at the address(es) listed below:  
        BRAD J. SADEK    on behalf of Debtor Cesar H. Torres brad@sadeklaw.com,   bradsadek@gmail.com  
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation  
         ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                       TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| CESAR H. TORRES ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 18-11824 (MDC) |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION ) | HEARING DATE: <u>4-24-18 at 10:30 AM</u> |
| **Moving Party** ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| CESAR H. TORRES ) | |
| **Debtor(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Honda Ruckus** bearing vehicle identification number JH2AF5818FK305540 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 4/24/18

_____
UNITED STATES BANKRUPTCY JUDGE