United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-11824-mdc
Cesar H. Torres                                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Apr 26, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2018.
db             +Cesar H. Torres,    6032 Hasbrook Avenue,    Philadelphia, PA 19111-5903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Cesar H. Torres brad@sadeklaw.com, bradsadek@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Cesar H. Torres | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-11824 MDC |

### AMENDED ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this _____ day of _____, 2018 upon consideration of the Motion of Cesar H. Torres, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. The Debtor is authorized to sell his real property known as and located at 6032 Hasbrook Avenue, Philadelphia, PA 19111 to Yocaty Rivera-Sanchez as "Buyer", and the Motion to Sell is approved.

2. The Debtor is authorized to sell the property known as and located at 6032 Hasbrook Avenue, Philadelphia, PA 19111 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

3. At the time of closing of the sale Wells Fargo Bank, N.A. shall be paid in full on its lien, pursuant to a properly obtained payoff figure.

4. The Buyer has not assumed any liabilities of the Debtor.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Prior to closing, the Debtor by and through his realtor or title agent shall transmit the final HUD or settlement sheet to the Chapter 13 Trustee.

8. The Debtor shall continue to make payments in accordance with the Chapter 13 Plan.

9. That the Debtor may receive at the time of closing, proceeds from the sale of his property, not to exceed $23,675.00.

10. Per Bankruptcy Rule 6004(h), the ~~10~~ 14 day stay as to effect of this Order is hereby waived.

FURTHER ORDERED:

*Magdelene D. Coleman*
Honorable Magdeline D. Coleman    4/26/18