IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Cesar H. Torres | : |
| | : |
| | :     Case No.: 18-11824 MDC |
| | : |
| Debtor(s) | :     Chapter 13 |

CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation filed on June 25, 2018 at docket number 37.

Dated: July 17, 2018                                          /s/ Brad J. Sadek, Esquire
                                                                                Brad J. Sadek, Esquire
                                                                                Sadek and Cooper
                                                                                "The Philadelphia Building"
                                                                                1315 Walnut Street, #502
                                                                                Philadelphia, PA 19107
                                                                                215-545-0008