# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cesar H. Torres aka Cesar H. Torres-Ayala<br>Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>Moving Party<br>vs.<br><br>Cesar H. Torres aka Cesar H. Torres-Ayala<br>Debtor(s) | NO. 18-11824 MDC |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN:2T3RFREV5DW040414 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 22nd day of August, 2018.

_____
United States Bankruptcy Judge.

cc: See attached service list