United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-11824-mdc
Cesar H. Torres                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: CarolP    Page 1 of 1    Date Rcvd: Aug 23, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db          +Cesar H. Torres,    6032 Hasbrook Avenue,    Philadelphia, PA 19111-5903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Cesar H. Torres brad@sadeklaw.com,    bradsadek@gmail.com
        JAMES A. PROSTKO    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
         ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                              TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cesar H. Torres aka Cesar H. Torres-Ayala<br>             Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                    Moving Party<br>        vs. | NO. 18-11824 MDC |
| Cesar H. Torres aka Cesar H. Torres-Ayala<br>             Debtor(s) | |
| William C. Miller Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN:2T3RFREV5DW040414  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 22nd day of August, 2018.

_____
United States Bankruptcy Judge.

cc: See attached service list