IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CESAR H. TORRES <br> aka Cesar H. Torres-Ayala <br> **Debtor(s)** | CHAPTER 13 |
| WELLS FARGO BANK, N.A. <br> d/b/a WELLS FARGO DEALER SERVICES <br> **Moving Party** | Case No.: 18-11824 (MDC) <br><br> Hearing Date: 10-16-18 at 10:30 AM |
| v. | 11 U.S.C. 362 |
| CESAR H. TORRES <br> aka Cesar H. Torres-Ayala <br> **Respondent(s)** | |
| WILLIAM C. MILLER <br> **Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2007 Mazda 3** bearing vehicle identification number JM1BK32F571655846 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 10/16/18

_____
UNITED STATES BANKRUPTCY JUDGE