IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :      In Chapter 13
        CESAR H. TORRES,                        :
                                                :      Bankruptcy No. 18-11824 (MDC)
                                Debtor.         :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #64 filed by the City of Philadelphia on January 10, 2019.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: February 6, 2019        By:    /s/ Pamela Elchert Thurmond
        PAMELA ELCHERT THURMOND
        Deputy City Solicitor
        PA Attorney I.D. 202054
        City of Philadelphia Law Department
        1401 JFK Blvd., 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0508 (phone)
        215-686-0588 (facsimile)
        Email: Pamela.Thurmond@phila.gov