## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11824** |
| **Cesar H. Torres AKA Cesar H. Torres-** : | **Chapter 13** |
| **Ayala** : | **Judge Magdeline D. Coleman** |
| : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** : | **\*** |
| : | |
| **PNC Bank, National Association** : | **Date and Time of Hearing** |
| **Movant,** : | **January 5, 2021 at 10:30 a.m.** |
| : | |
| vs : | |
| : | |
| **Cesar H. Torres AKA Cesar H. Torres-** : | |
| **Ayala** : | |
| : | |
| : | |
| **WILLIAM C. MILLER, Esq.** : | |
| **Respondents.** | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE WITH 30-DAY WAIVER

PNC Bank, National Association has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 15, 2020, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

20-020838_EJS1

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on January 5, 2021 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #2, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  November 30, 2020

20-020838_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11824** |
| **Cesar H. Torres AKA Cesar H. Torres-** : | **Chapter 13** |
| **Ayala** : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * |
| : | |
| **PNC Bank, National Association** : | **Date and Time of Hearing** |
| **Movant,** : | **January 5, 2021 at 10:30 a.m.** |
| **vs** : | |
| : | |
| **Cesar H. Torres AKA Cesar H. Torres-** : | |
| **Ayala** : | |
| : | |
| **WILLIAM C. MILLER, Esq.** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay with 30-day waiver was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Cesar H. Torres AKA Cesar H. Torres-Ayala, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on November 30, 2020:

Cesar H. Torres AKA Cesar H. Torres-Ayala, 4345 N. Orianna Street, Philadelphia, PA 19140

20-020838_EJS1

Cesar H. Torres AKA Cesar H. Torres-Ayala, 4345 N Orianna St, Philadelphia, PA  19140-2408

DATE:  November 30, 2020

/s/ Sarah E. Barngrover

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-020838_EJS1