## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-11824** |
| **Cesar H. Torres AKA Cesar H. Torres-Ayala** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **PNC Bank, National Association** | : | Date and Time of Hearing |
| Movant, | : | January 5, 2021 at 10:30 a.m. |
| vs | : | |
| | : | Place of Hearing |
| **Cesar H. Torres AKA Cesar H. Torres-Ayala** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #2 |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller, Esq.** | : | |
| Respondents. | | Related Document # 85 |

### ORDER OF COURT

AND NOW, to wit, this  30th  day of  December  2020, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Brad J. Sadek, Attorney for Debtor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107 (notified by ecf)

Cesar H. Torres AKA Cesar H. Torres-Ayala, Debtor, 4345 N. Orianna Street, Philadelphia, PA  19140 (notified by regular US Mail)