United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11824-mdc |
| Cesar H. Torres | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2

Date Rcvd: Dec 31, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cesar H. Torres, 4345 N. Orianna Street, Philadelphia, PA 19140-2408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Cesar H. Torres brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JAMES A. PROSTKO | on behalf of Creditor Wells Fargo Bank N.A paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PNC Bank National Association paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank N.A paeb@fedphe.com |
| KARINA VELTER | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 31, 2020 | Form ID: pdf900 | Total Noticed: 1 |

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

SARAH ELISABETH BARNGROVER
    on behalf of Creditor PNC Bank  National Association amps@manleydeas.com, acs2@manleydeas.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PNC Bank  National Association paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank  N.A paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-11824 |
| **Cesar H. Torres AKA Cesar H. Torres-Ayala** | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **PNC Bank, National Association** | : Date and Time of Hearing |
| Movant, | : January 5, 2021 at 10:30 a.m. |
| vs | : |
| | : Place of Hearing |
| **Cesar H. Torres AKA Cesar H. Torres-Ayala** | : U.S. Bankruptcy Court |
| | : 900 Market Street, Courtroom #2 |
| | : Philadelphia, PA, 19107 |
| **William C. Miller, Esq.** | : |
| **Respondents.** | Related Document # 85 |

## ORDER OF COURT

AND NOW, to wit, this __30th__ day of __December__ 2020, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Brad J. Sadek, Attorney for Debtor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107 (notified by ecf)

Cesar H. Torres AKA Cesar H. Torres-Ayala, Debtor, 4345 N. Orianna Street, Philadelphia, PA 19140 (notified by regular US Mail)