### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Cesar Torres | : | Case No.: 18-11824-mdc |
| | : | |
| Debtor | : | Chapter 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE and EXPEDITED HEARING DATE

Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed an Expedited Motion to Sell Real Property for the reasons detailed in the enclosed Motion.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1. If you do NOT want the court to grant the relief sought in the motion, then on or before the hearing date of **July 13, 2021** you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a) file an answer explaining your position at:
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

(b) mail a copy to the movant's attorney:
Brad J. Sadek, Esq.
1315 Walnut Street #502
Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

3. A hearing on the motion is scheduled to be held before **The Honorable Magdeline D. Coleman** on **July 13, 2021, at 11:00 AM** at The United States Bankruptcy Court, 900 Market Street, Philadelphia, Courtroom #2, Philadelphia, PA 19107.

4. You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Cesar Torres : | Case No.: 18-11824-mdc |
| : | |
| Debtor : | Chapter 13 |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Notice of Motion to Sell Property Free and Clear of Liens was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**Sarah E. Barngrover, Esq,**
(sebarngrover@manleydeas.com)
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

**PNC Bank, NA**
P.O. Box 94982
CLEVELAND OH 44101

**Pamela E. Thurmond, Esq.**
(pamela.thurmond@phila.gov)
City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg.
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

**City of Philadelphia**
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Maggie Ortega** (Broker)
(conveyancermisrealty@gmail.com)
Mis Realty
6716 Rising Sun Avenue
Philadelphia, PA 19111

Dated: June 29, 2021

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Cesar Torres | Case No.: 18-11824-mdc |
| Debtor | Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Expedited Motion to Sell Real Property Free and Clear of Liens ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on ___July 13, 2021___, at ___11:00 a.m.___, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** ___June 30, 2021___.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on** ___June 30, 2021___.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** June 29, 2021

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**