| American Land Title Association | | | ALTA Settlement Statement - Combined |
| --- | --- | --- | --- |
| | | | Adopted 05-01-2015 |

File No: 9420-QA
Printed: 07/12/2021, 12:59 PM
Officer/Escrow Officer: Chelsea Green/CG
Settlement Location:
2100 Quaker Pointe Drive, Suite 200,
Quakertown, PA 18951

**First American Abstract of PA, LLC**

2100 Quaker Pointe Drive, Suite 200 • Quakertown, PA 18951
Phone: (215)538-1053  Fax: (714)852-4519
**Estimated Settlement Statement**



Property Address: 4345 North Orianna Street, Philadelphia, PA 19140-2408
Buyer: Sure Property Group LLC
Seller: Cesar Torres
Lender: TBD
Estimated Settlement Date:
Disbursement Date:

| Seller | | Description | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 47,000.00 | Sale Price | 47,000.00 | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 170.46 | City/Town Taxes 07/16/21 to 12/31/21 @$368.15/yr | 170.46 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Owner's Title Insurance (optional) | 692.69 | |
| | | ALTA 2006 Owners Policy to First American Abstract of PA, LLC | | |
| | | Title - Settlement or Closing Fee | 135.00 | |
| | | Settlement or Closing Fee to First American Abstract of PA, LLC | | |
| 20.00 | | Title - Lien Letters & Tax Certs | | |
| | | Lien Letters & Tax Certs to First American Abstract of PA, LLC | | |
| | | Title - PA Prepare Deed | 125.00 | |
| | | PA Prepare Deed to First American Abstract of PA, LLC | | |
| | | | | |
| | | **Commission** | | |
| 2,350.00 | | Real Estate Commission to MIS Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Record Warranty Deed to First American Abstract of PA Recording | 256.75 | |
| 235.00 | | DEED - PA State Transfer Tax to Commonwealth of Pennsylvania | 235.00 | |
| 770.33 | | DEED - Town Transfer Tax to City of Philadelphia | 770.33 | |
| | | | | |
| | | **Payoff(s) and Payment(s)** | | |
| | | Manley Deas Kochalski, LLC | | |
| 21,683.56 | | Principal Balance to Manley Deas Kochalski, LLC | | |
| 3,557.97 | | Interest to 7/30 to Manley Deas Kochalski, LLC | | |
| 160.00 | | Late Fees to Manley Deas Kochalski, LLC | | |
| 30.00 | | Insufficient Funds to Manley Deas Kochalski, LLC | | |

This is a summary of the closing transaction prepared by First American Abstract of PA, LLC. This document is not intended to replace the Closing Disclosure form.

Copyright 2015 American Land Title Association.
All rights reserved

Page 1 of 2

File # 9420-QA
Printed on 07/12/2021 at 12:59 PM

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | | | |
| | | **Miscellaneous** | | |
| 395.00 | | Broker Fee to MIS Realty | 795.00 | |
| 1,500.00 | | Attorney Fee to Sadek & Cooper | | |
| 4,390.68 | | Child Support to City of Philadelphia Child Support | | |
| 390.24 | | 2021 Taxes to City of Philadelphia | | |
| 125.28 | | Current water bill to read 552 to Water Revenue Bureau | | |
| 100.00 | | final water bill from read 552 to ___ to Water Revenue Bureau | | |
| 1,000.00 | | Current gas bill to Philadelphia Gas Works Credit & Collection Dept. | | |
| | | | | |
| 36,708.06 | 47,170.46 | **Subtotals** | 50,180.23 | 0.00 |
| | | Due From Buyer | | 50,180.23 |
| 10,462.40 | | Due To Seller | | |
| 47,170.46 | 47,170.46 | **Totals** | 50,180.23 | 50,180.23 |

Escrow Officer: Chelsea Green

This is a summary of the closing transaction prepared by First American Abstract of PA, LLC. This document is not intended to replace the Closing Disclosure form.

Copyright 2015 American Land Title Association.
All rights reserved                                   Page 2 of 2

File # 9420-QA
Printed on 07/12/2021 at 12:59 PM