# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Cesar H. Torres AKA Cesar H. Torres-Ayala** | : | Case No.: 18-11824 |
| | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **PNC Bank, National Association** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

20-020838_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-11824** |
| **Cesar H. Torres AKA Cesar H. Torres-Ayala** | **Chapter 13** |
| | **Judge Magdeline D. Coleman** |
| | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** | |
| | |
| **PNC Bank, National Association** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Cesar H. Torres AKA Cesar H. Torres-Ayala** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA 19107, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Cesar H. Torres AKA Cesar H. Torres-Ayala, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 21, 2021:

Cesar H. Torres AKA Cesar H. Torres-Ayala, 4345 N. Orianna Street, Philadelphia, PA 19140

Cesar H. Torres AKA Cesar H. Torres-Ayala, 4345 N Orianna St, Philadelphia, PA 19140-2408

20-020838_PS

DATE: <u>September 21, 2021</u>

<u>/s/ Adam B. Hall</u>
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-020838_PS