**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Cesar H. Torres | : | Chapter 13 |
| | : | Case No.: 18-11824-MDC |
|     Debtor(s) | : | |

**PRAECIPE TO CHANGE DEBTOR(S) ADDRESS**

TO THE CLERK:

Kindly mark the above captioned Debtor's <u>New Address</u> as follows:

    HC3 Box 7375
    BR Doña Elena
    Comerio, PR 00782

Dated:  October 26, 2021                                         */s/ Brad J. Sadek*
                                                                               Brad J. Sadek, Esquire
                                                                               Counsel for Debtor(s)