IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Cesar H. Torres | : | Chapter 13 |
| | : | Case No.: 18-11824-MDC |
|     Debtor(s) | : | |

# **O R D E R**

AND NOW, this ___11th___ day of ___December___ 2021 upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor' Motion;

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE