United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11824-mdc |
| Cesar H. Torres | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 30, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cesar H. Torres, 4345 N. Orianna Street, Philadelphia, PA 19140-2408 |
| 14332665 | | PNC BANK, NATIONAL ASSOCIATION, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14333003 | + | PNC Bank National Association, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14088848 | + | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14075472 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14075470 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14075468 | #+ | Wells Fargo Bank, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14075469 | #+ | Wells Fargo Bank, Attn: Bankruptcy, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14293339 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14104513 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14085634 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14077447 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14075471 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 01 2022 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 01 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14075461 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 01 2022 00:20:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14096678 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 01 2022 00:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14257727 | Email/Text: megan.harper@phila.gov | Jul 01 2022 00:20:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14190113 | Email/Text: megan.harper@phila.gov | Jul 01 2022 00:20:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 18-11824-mdc    Doc 142    Filed 07/02/22    Entered 07/03/22 00:29:50    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14075463 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:23:09 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14112968 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2022 00:20:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14075464 | + | Email/Text: fblegalcounseling@firstbankpr.com | Jul 01 2022 00:20:00 | First Bank Puerto Rico, Attn: Bankruptcy, Po Box 9146, San Juan, PR 00908-0146 |
| 14075462 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 01 2022 00:22:58 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14075465 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14075466 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14111697 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14562361 | | Email/Text: amps@manleydeas.com | Jul 01 2022 00:20:00 | PNC Bank National Association, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14562197 | | Email/Text: amps@manleydeas.com | Jul 01 2022 00:20:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14103084 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2022 00:23:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14217467 | + | Email/Text: bncmail@w-legal.com | Jul 01 2022 00:20:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14075467 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 01 2022 00:20:00 | Toyota Motor Credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 14086240 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 01 2022 00:20:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14228204 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2022 00:23:09 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14075469 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 01 2022 12:11:21 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14075470 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 01 2022 12:11:21 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14075468 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 01 2022 12:11:21 | Wells Fargo Bank, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14293339 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 01 2022 12:11:45 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14104513 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 01 2022 12:11:45 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14077447 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 01 2022 12:11:46 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14085634 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 01 2022 12:11:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14094999 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 01 2022 12:11:46 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14075471 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jun 30, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

|  |  | Jul 01 2022 12:11:45 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
|---|---|---|---|

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14257728 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14334355 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, CLEVELAND OH 44101 |
| 14582189 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14094999 | ##+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| BRAD J. SADEK | on behalf of Debtor Cesar H. Torres brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| JAMES A. PROSTKO | on behalf of Creditor Wells Fargo Bank  N.A paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PNC Bank  National Association paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  N.A tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor PNC Bank  National Association tomysong0@gmail.com |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Jun 30, 2022 Form ID: 138OBJ Total Noticed: 33

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cesar H. Torres

    Debtor(s)

Case No: 18−11824−mdc

Chapter: 13

___

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/30/22

141 − 132
Form 138OBJ